1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  HELEN SOPHIA PURDY,                      No.  2:17-cv-00307 KJM GGH HC

12                 Petitioner,

13        v.                                  FINDINGS AND RECOMMENDATIONS

14  ATTORNEY GENERAL OF THE STATE
    OF CALIFORNIA,
15
                   Respondent.
16

17

18        On March 13, 2017 the undersigned issued an Order dismissing the petition with leave to

19  amend within 30 days.  ECF No. 6.  On March 27, 2017 petitioner requested a forty-five (45) day

20  extension of time to file her amended complaint.  ECF No. 7.  That request was granted by the

21  undersigned on March 31, 2017, rendering petitioner's response due on or before May 8, 2017.

22  ECF No. 8.  No amended petition has been filed.

23        Accordingly, the undersigned recommends that the petition be dismissed without

24  prejudice.

25        This Findings and Recommendation is submitted to the United States District Judge

26  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)

27  days after being served with these findings and recommendations Petitioner may file written

28  objections with the court.  Such a document should be captioned "Objections to Magistrate

                                            1

Judge's Findings and Recommendations." The petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.1991).

Dated: May 14, 2017

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE