1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HELEN SOPHIA PURDY,                    No.  2:17-cv-00307  KJM GGH

12                   Petitioner,

13        v.                                ORDER

14   ATTORNEY GENERAL OF THE STATE
     OF CALIFORNIA,
15
                     Respondent.
16

17          On November 27, 2017 this court issued Findings and Recommendations to which the

18   parties were given a twenty-one (21) days after service of the Order in which to file objections.

19   ECF No. 21.  The objections, if any were then due on or before December 18, 2017.

20          On December 11, 2017 petitioner reported she did not receive the service of this court's

21   Findings and Recommendations until December 5, 2017 and as a result determined that her

22   objections, if any, were not due until December 26, 2017.  ECF No. 22.  The court will treat this

23   inquiry as a request for an extension of time to object to the Order and will grant that request.

24          In light of the foregoing, and good cause having been shown, IT IS HEREBY ORDERED

25   that:

26          1.      Petitioner's objections to the Findings and Recommendations of November 27,

27   2017 shall be due on or before December 26, 2017.

28   ////

                                              1

Petitioner is cautioned that failure to file within the specified time may waive petitioner's right to appeal the District Court's order.  Martinez v Ylst, 951 F.2d 1153 (9th Cir. 1991).

**IT IS SO ORDERED.**

Dated: December 13, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE