UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN SOPHIA PURDY,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:17-cv-00307-KJM-GGH<br><br>ORDER |

Petitioner is proceeding pro se and in forma pauperis in this habeas matter, which was assigned to a Magistrate Judge as provided by Eastern District of California Local Rule 302(c)(17). Seven months ago, the court dismissed petitioner's habeas petition and closed the case. *See* ECF Nos. 13-14. Two weeks later, petitioner filed a "Response" challenging the dismissal order. Response, ECF No. 15. Before the court responded, petitioner appealed the court's dismissal order. ECF No. 16. The Ninth Circuit is holding petitioner's appeal in abeyance until this court determines (1) whether petitioner's Response constitutes a motion under Federal Rule of Appellate Procedure 4(a)(4), and if so, (2) whether the motion should be granted or denied. *See* ECF No. 20.

////

The Magistrate Judge issued Findings and Recommendations ("F&Rs") recommending that the court (1) liberally construe petitioner's Response as a Rule 4(a)(4) motion and (2) deny the motion. ECF No. 21 (issued Nov. 27, 2017). Petitioner objected. ECF No. 24 (filed Jan. 29, 2018). In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of the matter. Having reviewed the file, the F&Rs and petitioner's objections, the court ADOPTS the F&Rs in full.

In sum, the courts answers the Ninth Circuit's question (ECF No. 20) as follows: The court liberally construes petitioner's Response as a motion under Federal Rule of Civil Procedure 52(b) seeking to amend the court's dismissal order; such a motion is one of the motions listed in Federal Rule of Appellate Procedure 4(a)(4). The court finds the motion does not address the basis for the court's dismissal such that it should be denied. Specifically, dismissal was based on petitioner's repeated failure to amend her pleading to state a decipherable civil rights or habeas claim, yet petitioner's motion does not address this basis but discusses only the merits of her claims. *Compare* Dismissal Order, ECF No. 13 (adopting ECF No. 9), *with* Response at 1-3.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, ECF No. 21, filed on November 27, 2017 are ADOPTED in FULL.

2. Petitioner's Response, ECF No. 15, liberally construed as a Rule 4(a)(4) motion is DENIED.

This order addresses ECF No. 20 and resolves ECF No. 21.

DATED: March 27, 2018.

UNITED STATES DISTRICT JUDGE